In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-22-00397-CV
_____

RICARDO GONZALEZ AND R&K FABRICATING INC., Appellants

V.

DAYTON INDEPENDENT SCHOOL DISTRICT, Appellee

On Appeal from the 75th District Court
Liberty County, Texas
Trial Cause No. TX20105550

**MEMORANDUM OPINION**

Ricardo Gonzalez and R&K Fabricating Inc., Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on April 19, 2023
Opinion Delivered April 20, 2023

Before Golemon, C.J., Horton and Johnson, JJ.